UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SIMPSON WRIGHT                                              CIVIL ACTION

VERSUS                                                           NO.  08-4725

WARDEN, LYNN COOPER                                 SECTION "I"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the objection by petitioner, Simpson

Wright, which is hereby **OVERRULED**, approves the Report and Recommendation of the United

States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Simpson Wright's petition for issuance of a writ of habeas corpus,

pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _____10th_____ day of March, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE